# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

**UNITED STATES OF AMERICA**        **CASE NO.  5:20-CR-00211-01**

**VERSUS**                                          **JUDGE ELIZABETH E. FOOTE**

**WILLIAM EARL MADDOX (01)**       **MAGISTRATE JUDGE HORNSBY**

### MINUTES OF COURT:
### Change of Plea (held via videoconference)

| Date: | August 12, 2021 | Presiding: | Judge Elizabeth E. Foote |
|---|---|---|---|
| Court Opened: | 1:30 p.m. | Courtroom Deputy: | Kathy Keifer |
| Court Adjourned: | 2:40 p.m. | Court Reporter: | Myra Primeaux |
| Statistical Time: | 01:10 | Courtroom: | Zoom Recording |
|  |  | Probation Officer: | Coleettra Milhouse |

### APPEARANCES

| Jessica Diane Cassidy   (AUSA) | For | United States of America |
|---|---|---|
| Nichole Marie Buckle  (CJA) | For | William Earl Maddox (01) |
| William Earl Maddox (01) |  | Defendant (LOCATION RELEASE) |

### PROCEEDINGS

Defendant under oath
Defendant advised of Rule 11 rights
Plea of guilty to Count 5 of the Superseding Indictment accepted

**ORAL ORDER:**  Order for presentence investigation report

**COMMENTS:**

This hearing was held via zoom video conference with consent of the Defendant and the Government. A waiver has been filed in CM/ECF.

Sentencing memoranda (if any) must be submitted to chambers at least seven (7) days before sentencing. The sentencing is hereby set for, **Friday, December 10, 2021, at 3:30 p.m.** and may be held in Courtroom 2 in Shreveport, location to be determined at a later time.  Defendant is continued on bond and ordered to return for sentencing.

It is ordered that the Clerk of Court accept Defendant's payment of the special assessment, fine and/or restitution prior to the sentencing in this case.

**FILINGS:**
Plea Agreement, Exhibits A and B
Affidavit of Understanding of Maximum Penalty and Constitutional Rights
Factual Basis
Elements of the Offense